Scott Alan Burroughs (SBN 235718)
scott@donigerlawfirm.com
Frank R. Trechsel (SBN 312199)
ftrechsel@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| DR. ELLIOT MCGUCKEN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MATADOR VENTURES, INC., a California corporation; and DOES 1-10,<br><br>Defendants. | CASE NO.: 2:23-cv-00849-PA-RAO<br><br>**NOTICE TO SETTLEMENT** |

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT a settlement to resolve all claims at issue in the action has been reached.

Plaintiff anticipates the filing of a Notice of Dismissal of the Action within forty-five (45) days. In the interim, the parties respectfully request that the Court take all current hearings, dates, and deadlines off-calendar and retain jurisdiction for purposes of enforcing the settlement agreement.

Respectfully submitted,

DATED: July 11, 2023               **DONIGER / BURROUGHS**

*/s/ Frank R. Trechsel*
**FRANK R. TRECHSEL, ESQ.**
**SCOTT ALAN BURROUGHS, ESQ.**
Attorneys for Plaintiff
**Elliot McGucken**

-2-
NOTICE OF SETTLEMENT