Scott Alan Burroughs (SBN 235718)
scott@donigerlawfirm.com
Frank R. Trechsel (SBN 312199)
ftrechsel@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice California 90291
Telephone: (310) 590-1820

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. ELLIOT MCGUCKEN,<br><br>            Plaintiff,<br><br>v.<br><br>MATADOR VENTURES, INC., et al.<br><br>           Defendants. | Case No.: 2:23-cv-00849-PA-RAO<br>*Honorable Percy Anderson Presiding*<br><br>**NOTICE OF DISMISSAL OF ACTION WITH PREJUDICE** |

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT Plaintiff Dr. Elliot McGucken hereby dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). Each party bears its own costs and attorneys' fees as incurred in this action. Per the aforementioned Rule, no court order is required in connection with this notice of dismissal.

Respectfully submitted,

Dated: August 23, 2023      By:   /s/ *Frank R. Trechsel*
Frank R. Trechsel, Esq.
Scott Alan Burroughs, Esq.
DONIGER / BURROUGHS
*Attorneys for Plaintiff*